Case 1:19-cv-02130-AJN-BCM   Document 40   Filed 08/17/...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roy Den Hollander,

         Plaintiff,

–v–

PressReader, Inc.,

         Defendant.

19-cv-2130 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court hereby dismisses Plaintiff's Amended Complaint with prejudice. The Clerk of Court is respectfully ordered to issue the judgment and close the case.

SO ORDERED.

Dated: August 17, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge