UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Roy Den Hollander,

                  Plaintiff,

   -against-                                             19 **CIVIL** 2130 (AJN)

                                                         **JUDGMENT**

PressReader, Inc.,

                  Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 17, 2020, the Plaintiff's Amended Complaint is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

       August 17, 2020

                                                          **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                                          BY:

                                                           **Deputy Clerk**